UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| EATON VETERINARY PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEDGEWOOD VILLAGE PHARMACY, LLC, <br><br> Defendant. | Case Number: 1:16-CV-02086-RBK-JS |

**JOINT STIPULATION OF DISMISSAL AND ~~(PROPOSED)~~ ORDER**

The Court, upon the consent and request of Plaintiff Eaton Veterinary Pharmaceutical Inc. ("Eaton") and Defendant Wedgewood Village Pharmacy, LLC ("Wedgewood"), hereby acknowledges the following Stipulation and issues the following Order.

**STIPULATION**

Plaintiff Eaton Veterinary Pharmaceutical, Inc. and Defendant Wedgewood Village Pharmacy, LLC, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims asserted in this proceeding with each party to bear its own costs, expenses and attorneys' fees.

**ORDER**

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Eaton and Wedgewood, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. All claims and defenses set forth in Eaton's and Wedgewood's pleadings against each other, including the allegations and averments contained therein, are hereby dismissed, with prejudice.

2. This Stipulation and Order shall finally resolve this Action between Eaton and Wedgewood.

3. This Court retains jurisdiction to enforce performance under this Stipulation and Order and the Settlement Agreement.

4. Each party shall bear its own costs and attorneys' fees.

Date: May 11, 2017

**WEDGEWOOD VILLAGE PHARMACY, LLC**

*s/* Sheila R. Wiggins
Sheila Raftery Wiggins
DUANE MORRIS LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102-5429
Telephone: +1 973 424 2000
Fax: +1 973 424 2001
E-mail: srwiggins@duanemorris.com

*Of Counsel:*
Rachael G. Pontikes
Patrick C. Gallagher
Emily L. Hussey
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: +1 312 499 6700
Fax: +1 312 499 6701
E-mail: rgpontikes@duanemorris.com
        pcgallagher@duanemorris.com
        elhussey@duanemorris.com

**EATON VETERINARY PHARMACEUTICAL, INC.**

*s/* Noam J. Kritzer
Noam Joseph Kritzer
BAKOS & KRITZER
147 Columbia Turnpike
Florham Park, NJ 07932
Telephone: +1 908 273 0770
E-mail: nkritzer@bakoskritzer.com

*Of Counsel:*
James Kernell
ERICKSON KERNELL LLP
8900 State Line Road, Ste 500
Leawood, KS 66206
Telephone: +1 913 549 4700
Fax: +1 913 549 4646
E-mail: jkernell@kcpatentlaw.com

SO ORDERED this 15 day of May 2017

_____
UNITED STATES DISTRICT JUDGE